# United States Court of Appeals for the Federal Circuit

---

**EOLAS TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., GOOGLE LLC, WALMART, INC.,**
*Defendants-Appellees*

---------------------------------------------

**GOOGLE LLC,**
*Plaintiff-Appellee*

v.

**EOLAS TECHNOLOGIES INCORPORATED,**
*Defendant-Appellant*

**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Defendant*

---

2022-1932, 2022-1933, 2022-1934, 2022-1935

---

Appeals from the United States District Court for the Northern District of California in Nos. 4:15-cv-05446-JST, 4:17-cv-01138-JST, 4:17-cv-03022-JST, 4:17-cv-03023-JST, Judge Jon S. Tigar.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

<u>February 1, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court